No. 68, Misc.   OROZCO v. TEXAS.   Ct. Crim App. Tex. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Charles W. Tessmer* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent. ▮

No. 560, Misc.   BOULDEN v. HOLMAN, WARDEN.   C. A. 5th Cir.   Motion for leave to proceed *in forma pauperis* granted.   Certiorari granted and case transferred to appellate docket. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent. ▮

No. 202, Misc.   O'CALLAHAN v. PARKER, WARDEN. C. A. 3d Cir.   Motion for leave to proceed *in forma pauperis* granted.   Certiorari granted limited to the first question presented by the petition which reads as follows: "Does a court-martial, held under the Articles of War, Tit. 10, U. S. C. § 801 *et seq.,* have jurisdiction to try a member of the Armed Forces who is charged with commission of a crime cognizable in a civilian court and having no military significance, alleged to have been committed off-post and while on leave, thus depriving him of his constitutional rights to indictment by a grand jury and trial by a petit jury in a civilian court?" Case transferred to appellate docket. *Victor Rabinowitz* and *Leonard B. Boudin* for petitioner. *Solicitor General Griswold* for respondent. ▮